1  DAL BON & MARGAIN, APC
   JAMES DAL BON - 157942
2  TOMAS E. MARGAIN - 193555
   28 North 1st, Suite 210
3  San Jose, CA  95113
   Telephone:    (408) 297-4729
4  Facsimile:    (408) 297-4728

5  Attorneys for Plaintiff
   BRENDAN O TUAIRISG WATERS
6
   HANSON BRIDGETT LLP
7  CHRISTINA LUINI - 238548
   cluini@hansonbridgett.com
8  425 Market Street, 26th Floor
   San Francisco, CA  94105
9  Telephone:    (415) 777-3200
   Facsimile:    (415) 541-9366
10
   Attorneys for Defendants
11 E.P. ARCHITECTURAL BUILDERS, INC. and DAVID
   POTENZA
12

13               **UNITED STATES DISTRICT COURT**

14            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                        **OAKLAND DIVISION**

16

17 | BRENDAN O TUAIRISG WATERS,         | No. CV10-03193 LB
18 |          Plaintiff,                 | **STIPULATION AND [PROPOSED]
   |                                     | ORDER RE: 60 DAY CONTINUANCE OF
19 |     v.                              | CASE MANAGEMENT CONFERENCE
   |                                     | AND ENLARGEMENT OF TIME FOR
20 | E.P. ARCHITECTURAL BUILDERS,        | DEFENDANTS TO RESPOND TO
   | INC. and DAVID POTENZA,             | COMPLAINT**
21 |                                     |
   |          Defendants.                | **Action Filed:** July 20, 2010
22 |                                     | **Trial Date:**   Not Set

- 1 -
STIPULATION AND [PROPOSED] ORDER (CV10-03193 LB)                              2712420.1

1    Pursuant to Local Rule 6-1, Plaintiff BRENDAN O TUAIRISG WATERS and
2    Defendants E.P. ARCHITECTURAL BUILDERS, INC. and DAVID POTENZA, by and
3    through their respective attorneys of record, Tomas Margain of DAL BON &
4    MARGAIN, APC and Christina Luini of Hanson Bridgett LLP, hereby state, agree and
5    stipulate as follows:

6    1.   Defendants were served with the Summons and Complaint in this
7    action on September 11, 2010.

8    2.   Counsel for Defendants were retained in late September 2010.

9    3.   The Parties stipulate to a 60-day continuance of the initial case
10   management conference, currently set for November 4, 2010.  The Parties agree this
11   continuance is in the best interests of the Parties because it will allow them time to
12   engage in settlement negotiations prior to incurring unnecessary attorneys' fees and
13   costs that could impede the settlement of this action.

14   4.   The Parties stipulate to a 60-day enlargement of time for Defendants
15   to file a response to the Complaint.  The Parties agree this continuance is in the best
16   interests of the Parties because it will allow them time to engage in settlement
17   negotiations prior to incurring unnecessary attorneys' fees and costs that could impede
18   the settlement of this action.  If unable to resolve this matter, Defendants' response to the
19   Complaint will be due on or before December 31, 2010.

20   5.   This is the second continuance the Parties have stipulated to in this
21   matter.  The Parties first stipulated to an initial 30-day continuance of the Defendants'
22   time to file a response to the Complaint.

23   6.   The Parties' agreement to enlarge Defendants' time to respond to
24   the Complaint and continue the Case Management Conference will not alter the date of
25   any other events or any deadlines already fixed by Court order.

26   7.   From Plaintiff's perspective good cause exists for this request.
27   Counsel have met face to face to go over the pay records and bank records in Plaintiff's
28   possession.  They also reviewed an audit prepared by Defendant prior to the filing of

- 2 -

STIPULATION AND [PROPOSED] ORDER (CV10-03193 LB)                                                2712420.1

1  this lawsuit.  A continuance will allow the parties to get documents from third party
2  institutions, payroll provider and banks, clarify some accounting issues flagged to then
3  engage in formal settlement talks.  If the matter does not settle, the parties would then
4  use a neutral through the Court's ADR department.

6  **IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**.

DATED:  October 28, 2010                         HANSON BRIDGETT LLP

                                                 By: /s/  Christina Luini
                                                 CHRISTINA LUINI
                                                 Attorneys for Defendants
                                                 E.P. ARCHITECTURAL BUILDERS,
                                                 INC. and DAVID POTENZA

DATED:  October 28, 2010                         DAL BON & MARGAIN, APC


                                                  /s/ Tomas E. Margain
                                                 JAMES DAL BON
                                                 TOMAS E. MARGAIN
                                                 Attorneys for Plaintiff
                                                 BRENDAN O TUAIRISG WATERS

- 3 -
STIPULATION AND [PROPOSED] ORDER (CV10-03193 LB)                                    2712420.1

1  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN THE COURT ORDERS AS FOLLOWS.**

The initial case management Conference is Continued to January 13 2011 at 1:30 p.m.

The parties shall file a Joint Case management Statement which also updates the Court on the status of ADR proceedings.  The Joint Case Management Statement shall be filed no later than January 6, 2011.

DATED: October 29, 2010

By: _____
LAUREL BEELER
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*

- 4 -

STIPULATION AND [PROPOSED] ORDER (CV10-03193 LB)                                    2712420.1