1  DAL BON & MARGAIN, APC
   JAMES DAL BON - 157942
2  TOMAS E. MARGAIN - 193555
   28 North 1st, Suite 210
3  San Jose, CA  95113
   Telephone:   (408) 297-4729
4  Facsimile:   (408) 297-4728

5  Attorneys for Plaintiff
   BRENDAN O TUAIRISG WATERS
6
   HANSON BRIDGETT LLP
7  JAHMAL DAVIS - 191504
   CHRISTINA LUINI - 238548
8  cluini@hansonbridgett.com
   425 Market Street, 26th Floor
9  San Francisco, CA  94105
   Telephone:   (415) 777-3200
10 Facsimile:   (415) 541-9366

11 Attorneys for Defendants
   E.P. ARCHITECTURAL BUILDERS, INC. and DAVID
12 POTENZA

13                    **UNITED STATES DISTRICT COURT**

14              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15                         **OAKLAND DIVISION**

16

17 BRENDAN O TUAIRISG WATERS,          No. CV10-03193 LB

18                Plaintiff,           **STIPULATION AND [~~PROPOSED~~]**
                                       **ORDER RE: STAY OF PROCEEDINGS**
19       v.                            **PENDING DEFENSE COUNSEL'S**
                                       **MOTION TO WITHDRAW**
20 E.P. ARCHITECTURAL BUILDERS,
   INC. and DAVID POTENZA,             **Action Filed:**   July 20, 2010
21                                     **Trial Date:**     Not Set
                  Defendants.
22

23

24

25

26

27

28

1    Pursuant to Local Rule 6-1, Plaintiff BRENDAN O TUAIRISG WATERS and

2    Defendants E.P. ARCHITECTURAL BUILDERS, INC. and DAVID POTENZA, by and

3    through their respective attorneys of record, Tomas Margain of DAL BON &

4    MARGAIN, APC and Christina Luini of HANSON BRIDGETT LLP ("Hanson

5    Bridgett"), hereby state, agree and stipulate as follows:

6        1.    On December 22, 2010, Hanson Bridgett filed a Notice of Motion and

7    Motion to Withdraw as Counsel due to Defendants' lack of cooperation and failure to

8    compensate Hanson Bridgett for services rendered.  The motion is currently set to be

9    heard by this Court on February 3, 2011 (or on such other date as the Court may direct),

10   at 11:00 a.m.  Plaintiff does not oppose the motion.

11       2.    The following events are set to occur prior to the scheduled hearing on

12   Hanson Bridgett's Motion to Withdraw as Counsel: Defendants' deadline to file an

13   Answer (December 31, 2010); deadline to file Joint Case Management Statement (January

14   6, 2011); Initial Status Conference (January 13, 2011); and the Parties' deadline for

15   completion of mediation (January 13, 2011).

16       3.    In order to protect the rights of Defendants, the Parties hereby stipulate to

17   a stay of all proceedings and continuance of all deadlines in this case until such time

18   as Defendants notify the Court and Plaintiff's counsel that they have retained substitute

19   counsel in this action or, in the alternative, thirty (30) days after this Court has issued an

20   order as to Hanson Bridgett's Motion to Withdraw, whichever of these dates comes

21   sooner.

22       4.    To the extent this Court has not yet stayed this action at the time that

23   Defendants' response to the Complaint is due, Plaintiff agrees not to seek a default

24   judgment against Defendants until twenty (20) days after Defendants notify the Court

25   and Plaintiff's counsel that they have retained substitute counsel in this action or, in the

26   alternative, thirty (30) days after this Court has issued an order as to Hanson Bridgett's

27   Motion to Withdraw, whichever of these dates comes sooner.

28   / / /

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**.

DATED:  December 29, 2010          HANSON BRIDGETT LLP

By: /S/ Christina Luini
    CHRISTINA LUINI
    Attorneys for Defendants
    E.P. ARCHITECTURAL BUILDERS,
    INC. and DAVID POTENZA

DATED:  December 29, 2010          DAL BON & MARGAIN, APC

By: /S/ Tomas Margain
    TOMAS E. MARGAIN
    Attorneys for Plaintiff
    BRENDAN O TUAIRISG WATERS

**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN. THE COURT ORDERS AS FOLLOWS:**

All proceedings in *Waters v. E.P. Architectural Builders, Inc., et. al.*, Case No. CV10-03193 LB shall be stayed and all deadlines continued until such time as Defendants E.P. Architectural Builders, Inc. and David Potenza notify the Court and Plaintiff's counsel that they have retained substitute counsel in this action or, in the alternative, thirty (30) days after this Court issues an order as to Hanson Bridgett's Motion to Withdraw, whichever of these dates comes sooner.

**IT IS SO ORDERED.**

DATED: _December 30, 2010_   By:_____

LAUREL BEELER
United States Magistrate Judge

I, Christina A. Luini, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature ("/S/") within this e-filed document.